1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
2  JONATHAN A. ELDREDGE, Bar No. 238559
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5  E-mail: cglynn@glynnfinley.com
          jeldredge@glynnfinley.com
6
   Attorneys for Defendant
7  Sears Holding Corporation (erroneously sued as Sears Holding, Inc.)

8

           UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA


                                        Case No.

   BIALLA & ASSOCIATES, INC.,
                                        **CERTIFICATION AS TO INTERESTED**
            Plaintiff,                  **PARTY**

       vs.                              (Northern District Local Rule 3-16)

   SEARS HOLDING, INC. and DOES 1
   through 10, Inclusive,

            Defendant.


       Pursuant to Northern District Local Rule 3-16, the undersigned counsel of record for defendant Sears Holding Corporation (erroneously sued as Sears Holding, Inc.), certifies that as of this date, other than the named parties, there is no such interest to report.

       Dated:  July 23, 2008

                                        GLYNN & FINLEY, LLP

                                        By_____
                                        Attorneys for Defendant
                                        Sears Holding Corporation (erroneously
                                        sued as Sears Holding, Inc.)

- 1 -

CERTIFICATION AS TO INTERESTED PARTY