| | |
|---|---|
| 1 | GLYNN & FINLEY, LLP |
|   | CLEMENT L. GLYNN, Bar No. 57117 |
| 2 | JONATHAN A. ELDREDGE, Bar No. 238559 |
|   | One Walnut Creek Center |
| 3 | 100 Pringle Avenue, Suite 500 |
|   | Walnut Creek, CA 94596 |
| 4 | Telephone: (925) 210-2800 |
|   | Facsimile: (925) 945-1975 |
| 5 | E-mail: cglynn@glynnfinley.com |
|   |         jeldredge@glynnfinley.com |
| 6 | |
|   | Attorneys for Defendant |
| 7 | Sears Holding Corporation (erroneously sued as Sears Holding, Inc.) |

ORIGINAL FILED
2008 JUL 23 P 1:36
E-filing
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BIALLA & ASSOCIATES, INC.,

    Plaintiff,

vs.

SEARS HOLDING, INC. and DOES 1 through 10, Inclusive,

    Defendant.

Case No. CV 08 3529

**DEMAND FOR JURY TRIAL**

JCS

    Defendant Sears Holding Corporation (erroneously sued as Sears Holding, Inc.) hereby demands trial by jury in this action.

Dated: July 23, 2008

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
JONATHAN A. ELDREDGE
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

By _____
Attorneys for Defendant
Sears Holding Corporation (erroneously sued as Sears Holding, Inc.)

BY FAX

- 1 -
DEMAND FOR JURY TRIAL