1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
2  JONATHAN A. ELDREDGE, Bar No. 238559
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5  E-mail: cglynn@glynnfinley.com
           jeldredge@glynnfinley.com
6
   Attorneys for Defendant
7  Sears Holding Corporation (erroneously sued as Sears Holding, Inc.)

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12  BIALLA & ASSOCIATES, INC.,                )    Case No.
                                              )
13                  Plaintiff,                )    **FRCP RULE 7.1 CORPORATE**
                                              )    **DISCLOSURE**
14       vs.                                  )
                                              )
15  SEARS HOLDING, INC. and DOES 1            )
    through 10, Inclusive,                    )
16                                            )
                    Defendant.                )
17  _____ )

18

19        Pursuant to Federal Rules of Civil Procedure Rule 7.1, defendant Sears Holding

20  Corporation (erroneously sued as Sears Holding, Inc.) discloses that it does not have a parent

21  corporation and no publicly held corporation owns 10% or more of its stock.

22
          Dated:  July 23, 2008
23

24                                      GLYNN & FINLEY, LLP

25                                      By _____
                                            Attorneys for Defendant
26                                          Sears Holding Corporation (erroneously
                                            sued as Sears Holding, Inc.)
27

28

- 1 -

FRCP RULE 7.1 CORPORATE DISCLOSURE

ORIGINAL
FILED

2008 JUL 23  P 1: 36

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA