1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
2  JONATHAN A. ELDREDGE, Bar No. 238559
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5  E-mail: cglynn@glynnfinley.com
           jeldredge@glynnfinley.com
6
   Attorneys for Defendant
7  Sears Holding Corporation (erroneously sued as Sears Holding, Inc.)

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  BIALLA & ASSOCIATES, INC.,              )   Case No.  C 08-03529 JCS
                                            )
13                  Plaintiff,              )   **PROOF OF SERVICE**
                                            )
14       vs.                                )
                                            )
15  SEARS HOLDING, INC. and DOES 1          )
    through 10, Inclusive,                  )
16                                          )
                    Defendant.              )
17  _____)

18

---

PROOF OF SERVICE

| | |
|---|---|
| 1 | Docket No. C 08-03529 JCS |
| 2 | <u>PROOF OF SERVICE BY MAIL</u> |

3   I, Beverly Carter, the undersigned, hereby certify and declare under penalty of
4   perjury that the following statements are true and correct:

5       1.    I am over the age of 18 years and am not a party to the within cause.

6       2.    My business address is One Walnut Creek Center, 100 Pringle Avenue,
7   Suite 500, Walnut Creek, CA 94596.

8       3.    I am familiar with my employer's mail collection and processing practices;
9   know that said mail is collected and deposited with the United States Postal Service on the same
10  day it is deposited in interoffice mail; and know that postage thereon is fully prepaid.

11      4.    Following said practice, on July 23, 2008 I served a true and correct copy
12  of the following documents entitled exactly:

13      a.    **NOTICE OF REMOVAL OF ACTION**

14      b.    **FRCP RULE 7.1 CORPORATE DISCLOSURE**

15      c.    **DEMAND FOR JURY TRIAL**

16      d.    **CERTIFICATION AS TO INTERESTED PARTY**

17      e.    **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

18

19      f.    **STANDING ORDER RE CASE MANAGEMENT CONFERENCE**

20      g.    **CIVIL STANDING ORDERS FOR MAGISTRATE JUDGE JOSEPH C. SPERO**

21      h.    **NOTICE OF RULE DISCONTINUING SERVICE BY MAIL**

22      i.    **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

23

24      j.    **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE [blank form]**

25      k.    **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE [blank form]**

26

27      l.    **ECF REGISTRATION INFORMATION HANDOUT**

28

- 1 -

PROOF OF SERVICE

1        **m. WELCOME TO U.S. DISTRICT COURT, SAN FRANCISCO HANDOUT**

2

3 by placing said documents in an addressed, sealed envelope and depositing it in regularly

4 maintained interoffice mail to the following:

5       Laurence F. Pulgram, Esq.
      Jennifer L. Kelly, Esq.
6       Fenwick & West LLP
      555 California Street, 12th Floor
7       San Francisco, CA  94104
      Telephone:  (415) 875-2300
8       Facsimile:  (415) 281-1350

9       *Attorneys for Plaintiff*
      *Bialla & Associates, Inc.*
10

11

12     Executed this <u>23rd</u> day of <u>July, 2008</u> at Walnut Creek, California.

13

14                       */s/ Beverly Carter*

15                       Beverly Carter

16

17

18

19

20

21

22

23

24

25

26

27

28