UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BIALLA & ASSOCIATES, INC.

Plaintiff(s),

v.

SEARS HOLDING, INC. and DOES 1 through 10, Inclusive,

Defendant(s).

No. C 08-03529 JCS

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 24, 2008

Signature _____

Counsel for Defendant Sears Holding Corp
(Plaintiff, Defendant, or indicate "pro se")