```
 1  GLYNN & FINLEY, LLP
    CLEMENT L. GLYNN, Bar No. 57117
 2  JONATHAN A. ELDREDGE, Bar No. 238559
    One Walnut Creek Center
 3  100 Pringle Avenue, Suite 500
    Walnut Creek, CA 94596
 4  Telephone: (925) 210-2800
    Facsimile: (925) 945-1975
 5  E-mail: cglynn@glynnfinley.com
            jeldredge@glynnfinley.com
 6
    Attorneys for Defendant
 7  Sears Holdings Corporation (erroneously sued as Sears Holding, Inc.)

 8

 9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11
```

| | |
|---|---|
| BIALLA & ASSOCIATES, INC., | Case No. C 08-03529 MMC |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| vs. | Local Rule 6-1(a) |
| SEARS HOLDING, INC. and DOES 1 through 10, Inclusive, | |
| Defendant. | |

Pursuant to Local Rule 6-1(a), the parties hereby stipulate to extend Defendant Sears Holdings Corporation (erroneously sued as Sears Holding, Inc.) time to respond to the complaint to August 7, 2008. This stipulation will not alter the date of any event or deadline already fixed by Court order.

IT IS SO STIPULATED.

Dated: July 29, 2008                    GLYNN & FINLEY, LLP


                                        _____
                                        Attorneys for Sears Holdings Corporation

- 1 -

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1  Dated: July 29, 2008

                           FENWICK & WEST LLP

                           _____
                           Attorneys for Bialla & Associates, Inc.

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28