```
1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
2  JONATHAN A. ELDREDGE, Bar No. 238559
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5  E-mail: cglynn@glynnfinley.com
           jeldredge@glynnfinley.com
6
   Attorneys for Defendant
7  Sears Holdings Corporation (erroneously sued as Sears Holding, Inc.)
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIALLA & ASSOCIATES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SEARS HOLDING, INC. and DOES 1 through 10, Inclusive, <br><br> Defendant. | **Case No.** C 08-03529 MMC <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br> Local Rule 6-1(a) |

Pursuant to Local Rule 6-1(a), the parties hereby stipulate to extend Defendant Sears Holdings Corporation (erroneously sued as Sears Holding, Inc.) time to respond to the complaint to August 15, 2008. This stipulation will not alter the date of any event or deadline already fixed by Court order.

IT IS SO STIPULATED.

Dated: August 6, 2008                    GLYNN & FINLEY, LLP


                                         _____
                                         Attorneys for Sears Holdings Corporation

| | | |
|---|---|---|
| 1 | Dated: August __, 2008 | FENWICK & WEST LLP |
| 2 | | |
| 3 | | _____ |
| 4 | | Attorneys for Bialla & Associates, Inc. |