1  LAURENCE F. PULGRAM (CSB NO. 115163)
   lpulgram@fenwick.com
2  JENNIFER L. KELLY (CSB NO. 193416)
   jkelly@fenwick.com
3  FENWICK & WEST LLP
   555 California Street
4  12th Floor
   San Francisco, CA  94104
5  Telephone:     (415) 875-2300
   Facsimile:     (415) 281-1350
6
   Attorneys for Plaintiff and Counter-Defendant
7  Bialla & Associates, Inc.

8
                   UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

| BIALLA & ASSOCIATES, INC., | Case No. 08-03529 MAC |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIMS** |
| v. | |
| SEARS HOLDINGS, INC. AND DOES 1 THROUGH 10, INCLUSIVE, | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | |

1  Pursuant to Local Rule 6-1(a), the parties hereby stipulate to extend Plaintiff and Counter-Defendant Bialla & Associates, Inc.'s time to respond to the Counterclaims to September 15, 2008.  This stipulation will not alter the date of any event or deadline already fixed by Court order.

IT IS SO STIPULATED.

Dated: August 28, 2008                      FENWICK & WEST LLP


By:   /s/ Jennifer L. Kelly
            Jennifer L. Kelly

Attorneys for Plaintiff and Counter-Defendant
Bialla & Associates, Inc.

Dated: August 28, 2008                      GLYNN & FINLEY, LLP


By:   /s/ Jonathan Eldredge
            Jonathan A. Eldredge

Attorneys for Defendant and Counter-Claimant
Sears Holdings Corporation (erroneously sued
as Sears Holdings, Inc.)

STIPULATION TO EXTEND TIME TO
RESPOND TO COUNTERCLAIMS                    2

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Jennifer L. Kelly, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of August, 2008 at San Francisco, California.

Dated: August 28, 2008                FENWICK & WEST LLP

                                      By:    /s/ Jennifer L. Kelly
                                              Jennifer L. Kelly

                                      Attorneys for Plaintiff and Counter-Defendant Bialla & Associates, Inc.

23439/00401/LIT/1290927.1

STIPULATION TO EXTEND TIME TO
RESPOND TO COUNTERCLAIMS                3