1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
2  JONATHAN A. ELDREDGE, Bar No. 238559
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5  E-mail: cglynn@glynnfinley.com
           jeldredge@glynnfinley.com
6
   Attorneys for Defendant
7  Sears Holdings Management Corporation (erroneously sued as Sears Holding, Inc.)

8

9                         UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11

12  BIALLA & ASSOCIATES, INC.,           )   **Case No.** C 08-03529 MMC
                                         )
13                 Plaintiff,            )   [PROPOSED] **ORDER TO CONTINUE**
                                         )   **THE INITIAL CASE MANAGEMENT**
14         vs.                           )   **CONFERENCE AND RULE 26 INITIAL**
                                         )   **DISCLOSURES**
15  SEARS HOLDING, INC. and DOES 1       )
    through 10, Inclusive,               )
16                                       )
                   Defendant.            )
17  _____)
                                         )
18  AND RELATED COUNTERCLAIM.            )
                                         )
19  _____)

20         FOR GOOD CAUSE SHOWN IT IS ORDERED THAT:

21         (1)    The October 31, 2008 Initial Case Management Conference is continued until

22          January 16, 2009         .

23         (2)    Federal Rules of Civil Procedure, Rule 26 initial disclosures shall be done by

24          January 9, 2009          .

25

26         IT IS SO ORDERED.

27  Dated: October 6, 2008
                                              _____
28                                            The Honorable Maxine M. Chesney

---

- 1 -

[PROPOSED] ORDER TO CONTINUE CMC AND RULE 26 INITIAL DISCLOSURES