| | |
|---|---|
| LAURENCE F. PULGRAM (CSB 115163) <br> lpulgram@fenwick.com <br> JENNIFER L. KELLY (CSB 193416) <br> jkelly@fenwick.com <br> FENWICK & WEST LLP <br> 555 California Street, 12th Floor <br> San Francisco, CA  94104 <br> Telephone:   (415) 875-2300 <br> Facsimile:   (415) 281-1350 | CLEMENT L. GLYNN (NO. 57117) <br> cglynn@glynnfinley.com <br> JONATHAN A. ELDREDGE (NO. 238559) <br> jeldredge@glynnfinley.com <br> GLYNN & FINLEY, LLP <br> 100 Pringle Avenue, Suite 500 <br> Walnut Creek, CA  94596 <br> Telephone:   (925) 210-2800 <br> Facsimile:   (925) 945-1975 |
| Attorneys for Plaintiff and Counterclaim-Defendant Bialla & Associates, Inc. | Attorneys for Defendant and Counterclaim-Plaintiff Sears Holdings Management Corporation, erroneously sued as Sears Holdings, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIALLA & ASSOCIATES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SEARS HOLDINGS, INC. AND DOES 1 THROUGH 10, INCLUSIVE, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No.  08-03529 MMC <br><br> **STIPULATION AND [PROPOSED] ORDER DISMISSING COMPLAINT AND COUNTERCLAIMS WITH PREJUDICE** |

1  Pursuant to the Parties' agreement, Plaintiff and Counterclaim-defendant Bialla &
2  Associates, Inc. ("Bialla"), on the one hand, and Defendants and Counterclaim-plaintiff Sears
3  Holdings Management Corporation, erroneously sued as Sears Holdings, Inc. ("Sears"), on the
4  other hand, by and through their respective counsel of record, hereby stipulate and agree pursuant
5  to Fed. R. Civ. P. 41(a) that the above-captioned action, including all claims and counterclaims
6  therein, is hereby dismissed with prejudice, with each party to bear its own expenses, costs, and
7  attorneys' fees.

Dated: December 30, 2008             FENWICK & WEST LLP

By:  /s/ Jennifer L. Kelly
         Jennifer L. Kelly

Attorneys for Plaintiff and Counterclaim-
defendant Bialla & Associates, Inc.

Dated: December 30, 2008             GLYNN & FINLEY LLP

By:   /s/ Clement L. Glynn
          Clement L. Glynn

Attorneys for Defendant and Counterclaim-
plaintiff Sears Holdings Management
Corporation, sued as Sears Holdings, Inc.

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Jennifer L Kelly, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 30, 2008             FENWICK & WEST LLP

By:   /s/ Jennifer L. Kelly
          Jennifer L. Kelly

Attorneys for Plaintiff Bialla & Associates, Inc.

STIPULATION AND PROPOSED
ORDER DISMISSING ACTION                    2                    CASE NO. 08-03529 MMC

# [PROPOSED] ORDER DISMISSING COMPLAINT AND COUNTERCLAIMS WITH PREJUDICE

The parties having so stipulated, IT IS ORDERED that the above-captioned action, including all claims and counter-claims therein, is hereby dismissed with prejudice, with each party to bear its own expenses, costs, and attorneys' fees.

IT IS SO ORDERED.

Dated: ~~December _____, 2008~~ January 5, 2009

By: /s/ Maxine M. Chesney
The Honorable Maxine M. Chesney
United States Magistrate Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND PROPOSED ORDER DISMISSING ACTION      3      CASE NO. 08-03529 MMC